**Roger W. KNIGHT, Plaintiff— Appellant,**

v.

**Royanne M. SCHMITZ, et al., Defendants—Appellees.**

**No. 01–35459.**

**D.C. No. CV–00–01874–BJR.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 30, 2001.

Before HAWKINS, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM **

Roger W. Knight appeals pro se the district court's dismissal for lack of subject

matter jurisdiction of his 42 U.S.C. § 1983 action. The claims in Knight's complaint are inextricably intertwined with prior Washington State court child support proceedings. The district court did not err in dismissing Knight's action because under the *Rooker–Feldman* doctrine federal district courts lack authority to review state court judgments. *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 476, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983); *Worldwide Church of God v. McNair*, 805 F.2d 888, 892–93 (9th Cir. 1986); *Branson v. Nott*, 62 F.3d 287, 291– 92 (9th Cir.1995).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

